IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND J. BERGERON-DAVILA,

                       Plaintiff,

v.                                                   OPINION and ORDER

MARTHA J. MASCIOPINTO,                        20-cv-13-jdp

                       Defendant.

---

     Pro se plaintiff Raymond Bergeron-Davila contends that he received inadequate medical care at Columbia Correctional Institution (CCI). He has settled his claims against all defendants in this case but Martha Masciopinto, who was served only recently.

     Bergeron-Davila has filed a document titled "Motion for Order and Motion to Stay," in which he asks for three forms of relief. Dkt. 151. First, he asks me to order CCI officials to allow him to take new photographs of his feet and his prison-issued sandals. He says that he now has access to a paper ruler, and he wants to take new photographs using the ruler as a visual aid. The request seems reasonable, but Bergeron-Davila doesn't say that he's requested permission to take new photographs and been denied. So I will deny the request without prejudice. If CCI denies Bergeron-Davila's request to take new photographs, he can renew his motion. If he does so, he should specifically explain why the new photographs would be relevant to his claims.

     Second, Bergeron-Davila asks me to stay all deadlines in this case. I will deny this request as moot because the deadlines were set for the defendants who had been served and had appeared in the lawsuit. After Masciopinto answers Bergeron-Davila's complaint, the court will set a new schedule for the case.

Third, Bergeron-Davila asks the court to forward Masciopinto a release form granting her access to Bergeron-Davila's medical records. I appreciate Bergeron-Davila's readiness to give Masciopinto access to his records. But the court doesn't need to facilitate communication between Bergeron-Davila and Masciopinto; she is free to contact him directly through his institution when she needs to obtain a release. I will deny this request as well.

## ORDER

IT IS ORDERED that plaintiff Raymond J. Bergeron-Davila's motion for order and motion to stay, Dkt. 151, is DENIED.

Entered March 25, 2021.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge